Joy P. Berman, an Infant, etc., by Lillian S. Atkins, Her Guardian ad Litem, Respondent, v. Milton B. Berman, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Isaac Siegel and Lillian Boehm, Suing on Behalf of Pressed Steel Car Company, Inc., for Themselves and for the Benefit of All Other Stockholders Similarly Situated Who May Come in and Contribute to the Cost of This Action, Respondents, v. Oakley L. Alexander and Others, Defendants, John G. Hoffstot and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Miriam Parks, Respondent, v. Jacob E. Parks, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., taking no part.

In the Matter of Edward Blatt.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

Morris Minov, as Administrator, etc., of Leah Minoff, Deceased, v. The Mutual Life Insurance Company of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of The Corporation Counsel of the City of New York, for the Appointment of Commissioners of Estimate and Assessment, to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Property Owners Legally Entitled to Damages Caused by the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of the Bronx, City of New York. Joseph F. Fetyk, as Executor, etc., and Others — City of New York and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of The Corporation Counsel of the City of New York, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Property Owners Legally Entitled to Damages Caused by the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of the Bronx, City of New York. Joseph F. Fetyk, as Executor, etc., and Others — City of New York and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

George H. Brick and Another v. Cohn-Hall-Marx Co.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 257 App. Div. 254.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Joseph W. Sullivan and Mortimer A. Beck v. Paul J. Kern and Others, as Municipal Civil Service Commissioners in and for the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.